**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Keith** | | **Eatwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **17-34240-13**
(if known)

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.    Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**

**2801 Native Oak Dr.**
Street address, if available, or other description

**Flower Mound        TX    75022**
City                        State    ZIP Code

County

**2801 Native Oak Dr., Flower Mound, TX 75022**

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $475,000.00 | $475,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
(see instructions)

2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................➔

| $475,000.00 |
|---|

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

Debtor 1  **Keith Eatwell**                                                    Case number (if known) **17-34240-13**

| 3.1. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Mini** | ☐ Debtor 1 only | | |
| Model: | **Cooper** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2009** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **119,000** | ☑ At least one of the debtors and another | **$6,800.00** | **$6,800.00** |
| Other information: | | | | |
| **2009 Mini Cooper (approx. 119000 miles)** | | ☑ Check if this is community property<br>(see instructions) | | |

| 3.2. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Toyota** | ☐ Debtor 1 only | | |
| Model: | **Avalon** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2001** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **110,000** | ☑ At least one of the debtors and another | **$1,000.00** | **$1,000.00** |
| Other information: | | | | |
| **2001 Toyota Avalon (approx. 110000 miles)** | | ☑ Check if this is community property<br>(see instructions) | | |

| 3.3. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Honda** | ☐ Debtor 1 only | | |
| Model: | **Civic** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **1994** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **146,000** | ☑ At least one of the debtors and another | **$400.00** | **$400.00** |
| Other information: | | | | |
| **1994 Honda Civic (approx. 146000 miles)** | | ☑ Check if this is community property<br>(see instructions) | | |

| 3.4. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Chevy** | ☐ Debtor 1 only | | |
| Model: | **Traverse** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2012** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **146,000** | ☑ At least one of the debtors and another | **$5,800.00** | **$5,800.00** |
| Other information: | | | | |
| **2012 Chevy Traverse (approx. 146000 miles)** | | ☑ Check if this is community property<br>(see instructions) | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................➔ | **$14,000.00** |

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe..... **See continuation page(s).** | **$1,250.00**

Debtor 1    **Keith Eatwell**                Case number (if known)   **17-34240-13**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**               **$600.00**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes. Describe..... **Sports Collectibles**               **$500.00**

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe..... **Sports and Exercise Equipment**          **$300.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe..... **Men's and Women's clothing**          **$500.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe..... **Wedding Rings**               **$500.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe..... **Dogs (3)**                 **$0.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**.................................................................................... →   **$3,650.00**

---

**Part 4:**    **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?        **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes................................................................................................................... Cash: .........................

Debtor 1    **Keith Eatwell**                             Case number (if known)   **17-34240-13**

**17. Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes...........................          Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Checking account - DATCU** | **$200.00** |
| 17.2. | Savings account: | **Savings account - DATCU** | **$100.00** |

**18. Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes...........................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☑ No
   ☐ Yes. Give specific information about them........................ Name of entity:                 % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No
   ☐ Yes. Give specific information about them........................ Issuer name:

**21. Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☐ No
   ☑ Yes. List each account separately.    Type of account:    Institution name:

| | | |
|---|---|---|
| | Pension plan: | **Pension plan - Dallas County**        **$45,000.00** |

**22. Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☑ No
   ☐ Yes...........................         Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

   ☑ No
   ☐ Yes...........................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No
   ☐ Yes...........................   Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☑ No
   ☐ Yes. Give specific information about them

Debtor 1    **Keith Eatwell**                                    Case number (if known)  **17-34240-13**

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

- ☑ No
- ☐ Yes. Give specific
  information about them                                                          _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

- ☑ No
- ☐ Yes. Give specific
  information about them                                                          _____

**Money or property owed to you?**                          **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

- ☑ No
- ☐ Yes. Give specific information
  about them, including whether                     Federal: _____
  you already filed the returns                     State: _____
  and the tax years.....................            Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

- ☑ No
- ☐ Yes. Give specific information        Alimony: _____

                                          Maintenance: _____

                                          Support: _____

                                          Divorce settlement: _____

                                          Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

- ☑ No
- ☐ Yes. Give specific information                                               _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

- ☑ No
- ☐ Yes. Name the insurance
  company of each policy
  and list its value................   Company name:          Beneficiary:          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

- ☑ No
- ☐ Yes. Give specific information                                               _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

- ☑ No
- ☐ Yes. Describe each claim........                                             _____

Debtor 1     **Keith Eatwell** _____     Case number (if known) **17-34240-13**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........     _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information     _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................➔  **$45,300.00**

**Part 5:     Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..     _____

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..     _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..     _____

41. **Inventory**

☑ No
☐ Yes. Describe..     _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.....  Name of entity:          % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes. Describe.....     _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................➔  **$0.00**

Debtor 1    **Keith Eatwell**                                         Case number (if known)  **17-34240-13**

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.  Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                                     _____

**48.  Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
         information...............                                                            _____

**49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                                     _____

**50.  Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                                     _____

**51.  Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
         information...............                                                            _____

**52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have
      attached for Part 6.  Write that number here.................................................................➔**   | **$0.00** |

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54.  Add the dollar value of all of your entries from Part 7.  Write that number here.............................➔**   | **$0.00** |

Debtor 1    **Keith Eatwell**                                             Case number (if known)  **17-34240-13**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2**................................................................................. ➔ _____$475,000.00_

56. **Part 2: Total vehicles, line 5** _____$14,000.00_

57. **Part 3: Total personal and household items, line 15** _____$3,650.00_

58. **Part 4: Total financial assets, line 36** _____$45,300.00_

59. **Part 5: Total business-related property, line 45** _____$0.00_

60. **Part 6: Total farm- and fishing-related property, line 52** _____$0.00_

61. **Part 7: Total other property not listed, line 54** + _____$0.00_

62. **Total personal property.**    Add lines 56 through 61................. | _____$62,950.00_ |    Copy personal property total ➔ + _____$62,950.00_

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62............................................................. | **$537,950.00** |

Debtor 1     **Keith Eatwell**        Case number (if known)   **17-34240-13**

6.    **Household goods and furnishings (details):**

| | |
|---|---:|
| **Stove** | **$100.00** |
| **Microwave** | **$50.00** |
| **Refrigerator** | **$250.00** |
| **Dishwasher** | **$50.00** |
| **Dishware, Glassware and Flatware** | **$50.00** |
| **Washer** | **$100.00** |
| **Dryer** | **$100.00** |
| **Dining Room Furniture** | **$250.00** |
| **Bedroom Furniture** | **$100.00** |
| **Living Rooom Furniture** | **$50.00** |
| **Patio Furniture** | **$50.00** |
| **Household Tools** | **$100.00** |

7.    **Electronics (details):**

| | |
|---|---:|
| **Television (2)** | **$300.00** |
| **Computer (2)** | **$200.00** |
| **Stereo** | **$100.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Keith** | | **Eatwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **17-34240-13**
(if known)

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2801 Native Oak Dr., Flower Mound, TX 75022**<br>Line from *Schedule A/B*: __1.1__ | **$475,000.00** | ☑ __$75,451.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2009 Mini Cooper (approx. 119000 miles)**<br>Line from *Schedule A/B*: __3.1__ | **$6,800.00** | ☑ __$6,800.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Keith Eatwell**                                          Case number (if known)  **17-34240-13**

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2001 Toyota Avalon (approx. 110000 miles)**<br><br>Line from *Schedule A/B*:  **3.2** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**1994 Honda Civic (approx. 146000 miles)**<br><br>Line from *Schedule A/B*:  **3.3** | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2012 Chevy Traverse (approx. 146000 miles)**<br><br>Line from *Schedule A/B*:  **3.4** | **$5,800.00** | ☑ **$517.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**Stove**<br><br>Line from *Schedule A/B*:  **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Microwave**<br><br>Line from *Schedule A/B*:  **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Refrigerator**<br><br>Line from *Schedule A/B*:  **6** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dishwasher**<br><br>Line from *Schedule A/B*:  **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dishware, Glassware and Flatware**<br><br>Line from *Schedule A/B*:  **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Washer**<br><br>Line from *Schedule A/B*:  **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Keith Eatwell**                                           Case number (if known)   **17-34240-13**

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | Check only one box for each exemption | |
| Brief description:<br>**Dryer**<br><br>Line from *Schedule A/B*:   **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dining Room Furniture**<br><br>Line from *Schedule A/B*:   **6** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Bedroom Furniture**<br><br>Line from *Schedule A/B*:   **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Living Rooom Furniture**<br><br>Line from *Schedule A/B*:   **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Patio Furniture**<br><br>Line from *Schedule A/B*:   **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Household Tools**<br><br>Line from *Schedule A/B*:   **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Television (2)**<br><br>Line from *Schedule A/B*:   **7** | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Computer (2)**<br><br>Line from *Schedule A/B*:   **7** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Stereo**<br><br>Line from *Schedule A/B*:   **7** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1 __Keith Eatwell_____ Case number (if known) __17-34240-13__

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Sports Collectibles**<br><br>Line from *Schedule A/B*: ___8___ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Sports and Exercise Equipment**<br><br>Line from *Schedule A/B*: ___9___ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**Men's and Women's clothing**<br><br>Line from *Schedule A/B*: ___11___ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Wedding Rings**<br><br>Line from *Schedule A/B*: ___12___ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Pension plan - Dallas County**<br><br>Line from *Schedule A/B*: ___21___ | **$45,000.00** | ☑ **$45,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Gov't. Code § 821.005** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Keith** | | **Eatwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **17-34240-13**
(if known)

☐ Check if this is an
    amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**     **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** | Column C<br>**Unsecured<br>portion**<br>If any |
|---|---|---|---|

**2.1**

**Capital One Auto Finance**
Creditor's name
**PO Box 821209**
Number    Street

Describe the property that
secures the claim:

**2012 Chevy Traverse (approx.
146000 miles)**

| Column A | Column B |
|---|---|
| $5,283.00 | $5,800.00 |

**Dallas**     **TX**    **75382**
City        State   ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates
   to a community debt**

**Date debt was incurred** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Automobile**

**Last 4 digits of account number** ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $5,283.00 |
|---|

Debtor 1    **Keith Eatwell**                                          Case number (if known)    **17-34240-13**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**FCI Lending**
Creditor's name
**8180 East Kaiser Blvd.**
Number    Street

Describe the property that secures the claim:    **$19,549.00**    **$475,000.00**

**2801 Native Oak Dr., Flower Mound, TX 75022**

**Anaheim         CA    92808**
City          State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Mortgage**

Date debt was incurred _____        Last 4 digits of account number ___ ___ ___ ___

---

**2.3**

**FCI Lending**
Creditor's name
**8180 East Kaiser Blvd.**
Number    Street

Describe the property that secures the claim:    **$690.00**    **$690.00**

**2801 Native Oak Dr., Flower Mound, TX 75022**

**Anaheim         CA    92808**
City          State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Mortgage arrears**

Date debt was incurred    **Various**        Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page.  Write that number here:    **$20,239.00**

Debtor 1    **Keith Eatwell**               Case number (if known)   **17-34240-13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.4**

**FCI Lending**
Creditor's name
**8180 East Kaiser Blvd.**
Number    Street

**Describe the property that secures the claim:**

**2801 Native Oak Dr., Flower Mound, TX 75022**

Column A: **$460.00**     Column B: **$460.00**

**Anaheim**     **CA**    **92808**
City       State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**    **Various**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Mortgage arrears**

**Last 4 digits of account number** ___ ___ ___ ___

---

**2.5**

**Seterus**
Creditor's name
**14523 Milikan Way**
Number    Street
**Suite 200**

**Describe the property that secures the claim:**

**2801 Native Oak Dr., Flower Mound, TX 75022**

Column A: **$380,000.00**     Column B: **$475,000.00**

**Beaverton**     **OR**    **97005**
City       State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Mortgage**

**Last 4 digits of account number** ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**     **$380,460.00**

Debtor 1 **Keith Eatwell**  Case number (if known) **17-34240-13**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.6**

**Seterus**
Creditor's name
**14523 Milikan Way**
Number    Street
**Suite 200**

Describe the property that
secures the claim:          **$18,000.00          $18,000.00**

**Beaverton        OR   97005**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Mortgage arrears**

Date debt was incurred    **Various**          Last 4 digits of account number  ___  ___  ___  ___

**2.7**

**Seterus**
Creditor's name
**14523 Milikan Way**
Number    Street
**Suite 200**

Describe the property that
secures the claim:
**2801 Native Oak Dr., Flower          $4,984.00          $4,984.00**
**Mound, TX 75022**

**Beaverton        OR   97005**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Mortgage arrears**

Date debt was incurred    **Various**          Last 4 digits of account number  ___  ___  ___  ___

Add the dollar value of your entries in Column A on this page. Write
that number here:                                    **$22,984.00**

If this is the last page of your form, add the dollar value totals from
all pages. Write that number here:                   **$428,966.00**

Debtor 1 **Keith Eatwell**      Case number (if known) **17-34240-13**

---

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**

**Barrett Daffin Frappier & Engel, LLP**
Name
**4004 Belt Line Rd.**
Number    Street

**Addison**     **TX**    **75001**
City     State    ZIP Code

On which line in Part 1 did you enter the creditor?   **2.5**

Last 4 digits of account number   ___ ___ ___ ___

**2**

**Capital One**
Name
**PO Box 60511**
Number    Street

**City of Industry**     **CA**    **91716**
City     State    ZIP Code

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   ___ ___ ___ ___

**3**

**Capital One**
Name
**PO Box 85015**
Number    Street

**Richmond**     **VA**    **23285**
City     State    ZIP Code

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   ___ ___ ___ ___

**4**

**Capital One Auto Finance**
Name
**PO Box 260848**
Number    Street

**Plano**     **TX**    **75026**
City     State    ZIP Code

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   ___ ___ ___ ___

**5**

**Capital One Bank USA**
Name
**15000 Capital One Drive**
Number    Street

**Richmond**     **VA**    **23238**
City     State    ZIP Code

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   ___ ___ ___ ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | <u>**Keith**</u>                              <u>**Eatwell**</u> |
| | First Name             Middle Name         Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name             Middle Name         Last Name |

United States Bankruptcy Court for the: <u>**NORTHERN DISTRICT OF TEXAS**</u>

Case number <u>**17-34240-13**</u>
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $3,210.00 | $3,210.00 | $0.00 |

**Law Office of Andrew Oostdyk**
Priority Creditor's Name
**4144 N. Central Expwy**
Number    Street
**Suite 600**

**Dallas**        **TX**     **75204**
City              State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** <u>11/06/2017</u>

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
    **Attorney fees for this case**

| | |
|---|---|
| Debtor 1    **Keith Eatwell** | Case number (if known)  **17-34240-13** |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

### 4.1

**Barclays Bank Delaware**
Nonpriority Creditor's Name
**Attn: Customer Support**
Number     Street
**PO Box 8833**

**Wilmington          DE     19899**
City                  State   ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,456.76**

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

### 4.2

**Blaze**
Nonpriority Creditor's Name
**PO Box 2496**
Number     Street

**Omaha               NE     68103**
City                  State   ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$300.00**

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

Debtor 1 **Keith Eatwell**                                      Case number (if known) **17-34240-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

|  | **Total claim** |
|---|---|

**4.3**                                                                                          **$9,000.00**

**Encompass Recovery Group**          Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name                   When was the debt incurred?   _____
**6600 Taft Street, Suite 307**
Number       Street                           As of the date you file, the claim is: Check all that apply.

                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

**Hollywood**            **FL**   **33024**
City                     State   ZIP Code     Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**    Check one.
☐ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                      that you did not report as priority claims
☑ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                              ☑ Other.  Specify
☑ **Check if this claim is for a community debt**   **Debt Consolidation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.4**                                                                                          **$320.00**

**GameStop**                          Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name                   When was the debt incurred?   _____
**PO Box 659820**
Number       Street                           As of the date you file, the claim is: Check all that apply.

                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

**San Antonio**          **TX**   **78265**
City                     State   ZIP Code     Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**    Check one.
☐ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                      that you did not report as priority claims
☑ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                              ☑ Other.  Specify
☑ **Check if this claim is for a community debt**   **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Keith Eatwell**                                  Case number (if known) **17-34240-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

### 4.5

| | |
|---|---|
| | **$20,000.00** |

**Internal Revenue Service**
Nonpriority Creditor's Name
**Centralized Insolvency Operations**
Number        Street
**PO Box 21126**

**Philadelphia**          **PA**    **19114-0326**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Taxes**

### 4.6

| | |
|---|---|
| | **$500.00** |

**Legacy**
Nonpriority Creditor's Name
**PO Box 2496**
Number        Street

**Omaha**               **NE**    **68103**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

Debtor 1 **Keith Eatwell**                                    Case number (if known) **17-34240-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

Total claim

| 4.7 | | $500.00 |
| --- | --- | --- |

**Merrick Bank**
Nonpriority Creditor's Name
**PO Box 30537**
Number          Street

_____

**Tampa                    FL     33630**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

| 4.8 | | $700.00 |
| --- | --- | --- |

**Premier Bank**
Nonpriority Creditor's Name
**PO Box 5147**
Number          Street

_____

**Sioux Falls              SD     57117**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

Debtor 1    **Keith Eatwell**        Case number (if known) **17-34240-13**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $3,210.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. $3,210.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $33,776.76 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $33,776.76 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Keith** | | **Eatwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **17-34240-13**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No.  Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
    is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of
    executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Keith** | | **Eatwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **17-34240-13**
(if known)

☐ Check if this is an
   amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If
two married people are filing together, both are equally responsible for supplying correct information.  If more space is
needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this
page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories*
   include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No.  Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes

      In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

      **Ann Eatwell**
      Name of your spouse, former spouse, or legal equivalent
      **2801 Native Oak Dr.**
      Number        Street

      **Flower Mound**          **TX**        **75022**
      City                      State        ZIP Code

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the
   person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the
   creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use
   *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  **Your codebtor**

   *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

| 3.1 | **Eatwell, Ann** | | | | |
|---|---|---|---|---|---|
| | Name | | | ☐ Schedule D, line _____ | |
| | **2801 Native Oak Dr.** | | | ☑ Schedule E/F, line __**4.1**__ | |
| | Number       Street | | | ☐ Schedule G, line _____ | |
| | **Flower Mound** | **TX** | **75022** | **Barclays Bank Delaware** | |
| | City | State | ZIP Code | | |

Debtor 1  **Keith Eatwell**

Case number (if known) **17-34240-13**

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.2**

**Eatwell, Ann**
Name
**2801 Native Oak Dr.**
Number          Street

**Flower Mound**          **TX**          **75022**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____1____
☐ Schedule G, line _____
**Barrett Daffin Frappier & Engel, LLP**

**3.3**

**Eatwell, Ann**
Name
**2801 Native Oak Dr.**
Number          Street

**Flower Mound**          **TX**          **75022**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____4.2____
☐ Schedule G, line _____
**Blaze**

**3.4**

**Eatwell, Ann**
Name
**2801 Native Oak Dr.**
Number          Street

**Flower Mound**          **TX**          **75022**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____3____
☐ Schedule G, line _____
**Capital One**

**3.5**

**Eatwell, Ann**
Name
**2801 Native Oak Dr.**
Number          Street

**Flower Mound**          **TX**          **75022**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____2____
☐ Schedule G, line _____
**Capital One**

**3.6**

**Eatwell, Ann**
Name
**2801 Native Oak Dr.**
Number          Street

**Flower Mound**          **TX**          **75022**
City          State          ZIP Code

☑ Schedule D, line ____2.1____
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Capital One Auto Finance**

**3.7**

**Eatwell, Ann**
Name
**2801 Native Oak Dr.**
Number          Street

**Flower Mound**          **TX**          **75022**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____4____
☐ Schedule G, line _____
**Capital One Auto Finance**

Debtor 1    **Keith Eatwell**      Case number (if known) **17-34240-13**

## ▮ Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

Check all schedules that apply:

**3.8**
**Eatwell, Ann**
Name
**2801 Native Oak Dr.**
Number   Street

**Flower Mound**    **TX**    **75022**
City    State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **5**
- ☐ Schedule G, line _____
**Capital One Bank USA**

**3.9**
**Eatwell, Ann**
Name
**2801 Native Oak Dr.**
Number   Street

**Flower Mound**    **TX**    **75022**
City    State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.3**
- ☐ Schedule G, line _____
**Encompass Recovery Group**

**3.10**
**Eatwell, Ann**
Name
**2801 Native Oak Dr.**
Number   Street

**Flower Mound**    **TX**    **75022**
City    State    ZIP Code

- ☑ Schedule D, line **2.2**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____
**FCI Lending**

**3.11**
**Eatwell, Ann**
Name
**2801 Native Oak Dr.**
Number   Street

**Flower Mound**    **TX**    **75022**
City    State    ZIP Code

- ☑ Schedule D, line **2.3**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____
**FCI Lending**

**3.12**
**Eatwell, Ann**
Name
**2801 Native Oak Dr.**
Number   Street

**Flower Mound**    **TX**    **75022**
City    State    ZIP Code

- ☑ Schedule D, line **2.4**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____
**FCI Lending**

**3.13**
**Eatwell, Ann**
Name
**2801 Native Oak Dr.**
Number   Street

**Flower Mound**    **TX**    **75022**
City    State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.4**
- ☐ Schedule G, line _____
**GameStop**

Debtor 1  **Keith Eatwell**                                         Case number (if known) **17-34240-13**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.14 | **Eatwell, Ann** |
|---|---|
| | Name |

**2801 Native Oak Dr.**
Number       Street

**Flower Mound**            **TX**      **75022**
City                       State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.5**
☐ Schedule G, line _____
**Internal Revenue Service**

| 3.15 | **Eatwell, Ann** |
|---|---|
| | Name |

**2801 Native Oak Dr.**
Number       Street

**Flower Mound**            **TX**      **75022**
City                       State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **2.1**
☐ Schedule G, line _____
**Law Office of Andrew Oostdyk**

| 3.16 | **Eatwell, Ann** |
|---|---|
| | Name |

**2801 Native Oak Dr.**
Number       Street

**Flower Mound**            **TX**      **75022**
City                       State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.6**
☐ Schedule G, line _____
**Legacy**

| 3.17 | **Eatwell, Ann** |
|---|---|
| | Name |

**2801 Native Oak Dr.**
Number       Street

**Flower Mound**            **TX**      **75022**
City                       State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.7**
☐ Schedule G, line _____
**Merrick Bank**

| 3.18 | **Eatwell, Ann** |
|---|---|
| | Name |

**2801 Native Oak Dr.**
Number       Street

**Flower Mound**            **TX**      **75022**
City                       State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.8**
☐ Schedule G, line _____
**Premier Bank**

| 3.19 | **Eatwell, Ann** |
|---|---|
| | Name |

**2801 Native Oak Dr.**
Number       Street

**Flower Mound**            **TX**      **75022**
City                       State    ZIP Code

☑ Schedule D, line **2.5**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Seterus**

Debtor 1    **Keith Eatwell**                                            Case number (if known)  **17-34240-13**

*Column 1:*  **Your codebtor**                                  *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.20 | **Eatwell, Ann** |
| --- | --- |

Name

**2801 Native Oak Dr.**
Number        Street

**Flower Mound**            **TX**        **75022**
City                            State        ZIP Code

- ☑ Schedule D, line  **2.6**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Seterus**

| 3.21 | **Eatwell, Ann** |
| --- | --- |

Name

**2801 Native Oak Dr.**
Number        Street

**Flower Mound**            **TX**        **75022**
City                            State        ZIP Code

- ☑ Schedule D, line  **2.7**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Seterus**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Keith** | | **Eatwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number | **17-34240-13** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☒ Employed | ☐ Employed |
| | | ☐ Not employed | ☒ Not employed |
| Occupation | | **System Administrator** | |
| Employer's name | | **Dallas County** | |
| Employer's address | | **1201 Elm Street, Ste 2300-B** | |
| | | Number Street | Number Street |
| | | | |
| | | **Dallas         TX    75270** | |
| | | City       State  Zip Code | City       State  Zip Code |
| How long employed there? | | _____ | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$9,106.59** | **$4,166.67** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$9,106.59** | **$4,166.67** |

| Debtor 1 | **Keith Eatwell** | | Case number (if known) | **17-34240-13** |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here ................................................ ➔ | 4. | **$9,106.59** | **$4,166.67** |
| **5.** | List all payroll deductions: | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | **$1,427.37** | **$656.67** |
| | **5b.** Mandatory contributions for retirement plans | 5b. | **$637.45** | **$0.00** |
| | **5c.** Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| | **5d.** Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| | **5e.** Insurance | 5e. | **$852.84** | **$192.01** |
| | **5f.** Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| | **5g.** Union dues | 5g. | **$0.00** | **$0.00** |
| | **5h.** Other deductions. Specify: __See continuation sheet__ | 5h.+ | **$601.23** | **$0.00** |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$3,518.89** | **$848.68** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$5,587.70** | **$3,317.99** |
| **8.** | List all other income regularly received: | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** Interest and dividends | 8b. | **$0.00** | **$0.00** |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| | **8e.** Social Security | 8e. | **$0.00** | **$0.00** |
| | **8f.** Other government assistance that you regularly receive Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | **$0.00** | **$0.00** |
| | **8g.** Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| | **8h.** Other monthly income. Specify: | 8h.+ | **$0.00** | **$0.00** |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$0.00** | **$0.00** |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$5,587.70** + **$3,317.99** = **$8,905.69** |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: | 11. + | **$0.00** |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | **$8,905.69** **Combined monthly income** |

Debtor 1 __Keith Eatwell__

Case number (if known) __17-34240-13__

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

| **None.** |
| --- |

Debtor 1     **Keith Eatwell**                                         Case number (if known)   **17-34240-13**

| 5h. | Other Payroll Deductions (details) | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Dental Ins | $99.80 | |
| | Health Savings Account | $162.50 | |
| | Life Insurance | $98.93 | |
| | Parking | $40.00 | |
| | Health Insurance Premium | $200.00 | |
| | **Totals:** | **$601.23** | **$0.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Keith** | | **Eatwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number | **17-34240-13** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.   **Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.   **Do you have dependents?**          ☐ No

Do not list Debtor 1 and Debtor 2.          ☑ Yes. Fill out this information for each dependent.................

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Spouse** | _____ | ☐ No ☑ Yes |
| **Daughter** | 22 | ☐ No ☑ Yes |
| **Daughter** | 19 | ☐ No ☑ Yes |
| **Son** | 16 | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**          ☑ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.   **The rental or home ownership expenses for your residence.**          4.          **$0.00**
Include first mortgage payments and any rent for the ground or lot.

If not included in line 4:

4a.   Real estate taxes          4a.   _____

4b.   Property, homeowner's, or renter's insurance          4b.   _____

4c.   Home maintenance, repair, and upkeep expenses          4c.          **$250.00**

4d.   Homeowner's association or condominium dues          4d.   _____

| Debtor 1 | **Keith Eatwell** | | Case number (if known) | **17-34240-13** |
|---|---|---|---|---|

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$535.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$225.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$145.00** |
| | 6d. Other. Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$1,250.00** |
| 8. | **Childcare and children's education costs** | 8. | **$900.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$200.00** |
| 10. | **Personal care products and services** | 10. | **$250.00** |
| 11. | **Medical and dental expenses** | 11. | **$300.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$500.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$250.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$185.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$236.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: _____ | 17c. | |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |

Debtor 1    **Keith Eatwell**       Case number (if known)   **17-34240-13**

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.   Mortgages on other property    20a.  _____

20b.   Real estate taxes    20b.  _____

20c.   Property, homeowner's, or renter's insurance    20c.  _____

20d.   Maintenance, repair, and upkeep expenses    20d.  _____

20e.   Homeowner's association or condominium dues    20e.  _____

**21. Other.**   Specify:   **Pet Expenses**    21.   +    **$100.00**

**22. Calculate your monthly expenses.**

22a.   Add lines 4 through 21.    22a.   **$5,326.00**

22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.  _____

22c.   Add line 22a and 22b. The result is your monthly expenses.    22c.   **$5,326.00**

**23. Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.    23a.   **$8,905.69**

23b.   Copy your monthly expenses from line 22c above.    23b.   −   **$5,326.00**

23c.   Subtract your monthly expenses from your monthly income. The result is your monthly net income.    23c.   **$3,579.69**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here: **None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Keith** | | **Eatwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **17-34240-13**
(if known)

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.................................................... **$475,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B......................................... **$62,950.00**

   1c. Copy line 63, Total of all property on Schedule A/B................................................... **$537,950.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$428,966.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$3,210.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F.......................... **+ $33,776.76**

**Your total liabilities** **$465,952.76**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I........................................................................ **$8,905.69**

5. *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J.................................................................................. **$5,326.00**

Debtor 1    **Keith Eatwell** _____    Case number (if known) **17-34240-13** _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

**$11,686.26**

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

| | | |
|---|---|---|
| 9a. Domestic support obligations. (Copy line 6a.) | | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | | **$0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + | **$0.00** |
| 9g. **Total.** Add lines 9a through 9f. | | **$0.00** |